UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff

                              Case No. 16-cr-20080
                              Hon. STEPHEN J. MURPHY, III

vs.

VERNITA ALEXANDER,

      Defendant.

_____/

## ORDER TO SUBSTITUTE COUNSEL
## FOR DEFENDANT VERNITA ALEXANDER

THE COURT having read the Stipulation of Counsel with the defendant, VERNITA ALEXANDER and both attorneys having executed in agreement and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that SANFORD A. SCHULMAN shall be substituted as the attorney of record for the defendant, VERNITA ALEXANDER, in the above-titled action, in the place and stead of BRANDY Y. ROBINSON, Federal Defender's Office.

IT IS FURTHER ORDERED AND ADJUDGED that all previous orders and dates shall remain in full force and effect.

    SO ORDERED.

                              S/Stephen J. Murphy, III
                              Stephen J. Murphy, III
                              United States District Judge

Dated:  May 29, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2016, by electronic and/or ordinary mail.

S/Carol Cohron
Case Manager
