UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

VERNITA ALEXANDER,

        Defendant(s).
_____/

Case No. 16-20080

Judge Stephen J. Murphy, III

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __33__, filed __10/29/2024__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __R. Loury__ at __(313) 234-2681__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: October 29, 2024

s/R. Loury
Deputy Clerk