# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.

**VERNITA ALEXANDER,**

      Defendant.
_____/

CASE NO. 16-cr-20080

HON. STEPHEN J. MURPHY, III

## APPEARANCE

Comes now, Dawn N. Ison, United States Attorney for the Eastern District of Michigan, by Corinne M. Lambert, Special Assistant United States Attorney for the Eastern District of Michigan, and enters this appearance as counsel for the United States of America.

Respectfully Submitted,

DAWN N. ISON
United States Attorney

By:  /s/ *Corinne M. Lambert*
     Corinne M. Lambert
     Special Assistant U.S. Attorney
     211 W. Fort Street, Suite 2001
     Detroit, MI   48226
     Telephone: (313) 226-9129
     E-mail: corinne.lambert@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2024, I filed the foregoing electronically via the CM/ECF system and mailed a copy via the United States Postal Service to:

Vernita D. Alexander
30919 Gruenburg
Warren, MI 48092

                                       *s/Corinne M. Lambert*
                                       Corinne M. Lambert