# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.

Vernita Alexander,

       Defendant.
_____/

Case No. 16-cr-20080

Hon. Stephen J. Murphy, III

## *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

On October 28, 2024, Defendant Vernita Alexander filed a Motion to Modify with the Court. (ECF No. 31.) The Court ordered the Government to respond to the defendant's motion by November 12, 2024. (ECF No. 32.)

The Government respectfully requests a fourteen-day extension of time to respond to the defendant's motion. The undersigned has been diligently working to investigate, analyze, and gather the information necessary to respond to the defendant's motion, including conferring with the USAO's Financial Litigation Coordinator regarding the history and status of the defendant's restitution payments, as well as a Program Specialist at the Social Security Administration Office of the Inspector General (SSA-OIG) regarding the SSA's efforts to collect the defendant's debt. It recently became apparent that a conference with an

individual at the SSA's Program Service Center is also necessary to allow the Government to thoroughly and appropriately respond to the defendant's motion. The undersigned is coordinating with others to set up such a conference.

The extension requested will allow the Government the time necessary to meet and confer with the SSA, obtain and review all of the relevant information and documents, research the applicable law, and adequately respond to the defendant's motion. Accordingly, the government requests a fourteen-day extension to its response deadline, from November 12, 2024, to November 26, 2024.

Respectfully Submitted,

DAWN N. ISON
United States Attorney

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9129
Corinne.Lambert@usdoj.gov

Date: November 8, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2024, I filed the foregoing electronically via the CM/ECF system and mailed a copy via the United States Postal Service to:

Vernita D. Alexander
30919 Gruenburg
Warren, MI 48092

                                        *s/Corinne M. Lambert*
                                        Corinne M. Lambert