UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Case No. 2:16-cr-20080

HONORABLE STEPHEN J. MURPHY, III

VERNITA ALEXANDER,

                    Defendant.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE**

Upon the filing and reading of the above motion, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Government's Motion for Extension of Time to File Response (ECF No. 36) is **GRANTED**. The response to the motion is due November 26, 2024.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: November 8, 2024